UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-248 JVS (RNBx) | Date | February 14, 2011 |
|---|---|---|---|

| Title | Urbina v. Federal National Mortgage Assoc |
|---|---|

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers)**   **Order to Show Cause re Jurisdiction**

      On February 10, 2011, plaintiffs Armando Urbina and Marisela Martinez filed their verified Complaint, and applied for a temporary restraining order and preliminary injunction.

      There is no apparent basis for jurisdiction in this Court.  No federal claims are asserted.  See 28 U.S.C. § 1331.  It does not appear that there is complete diversity of citizenship between plaintiffs and the defendants.  See 28 U.S.C. § 1332.  Indeed, plaintiffs purport to base jurisdiction on a state statute, California Business & Professions Code § 17200.  (Complaint, ¶ 1.)  Moreover, the caption of the Complaint says that it is filed in "SUPERIOR COURT OF THE STATE OF CALIFORNIA," which causes the Court to question whether the plaintiffs intended to file their Complaint in this Court.

      In any event, plaintiffs are ordered to show cause within seven days why their complaint should not be dismissed for lack of jurisdiction.

      In addition, plaintiffs have not properly served their Complaint, and there is no indication that defendants have been given any notice of this action or their request for injunctive relief.  Plaintiffs should refer to Rule 4 of the Federal Rules of Civil Procedure..

      :   00

Initials of Preparer    kjt