JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 11-248 JVS (RNBx) | Date | February 23, 2011 |
| Title | Urbina v. Federal National Mortgage Assoc | | |

Present: The Honorable  James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  **(In Chambers)    Order Dismissing Action**

  No response having been made to the Court's February 14, 2011 order to show cause within seven days why the complaint should not be dismissed for lack of jurisdiction (Docket No. 6), the Court now dismisses the action without prejudice for want of jurisdiction.

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |